## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **D. PATRICK SMITHERMAN** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:16-cv-798** |
| | § | |
| **BAYVIEW LOAN SERVICING, LLC** | § | |
| **AND BAYVIEW LOAN SERVICING** | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorneys, Mark D. Hopkins and Shelley L. Hopkins of Hopkins Law, PLLC hereby notify the Court that they are entering an appearance as Counsel for BAYVIEW LOAN SERVICING, LLC AND BAYVIEW LOAN SERVICING, Defendants in the above-entitled and numbered cause. Please forward all notices and pleadings to the undersigned counsel to listed below:

HOPKINS LAW, PLLC
3809 Juniper Trace, Suite 101
Austin, Texas 78738
Phone: (512) 600-4320
Facsimile: (512) 600-4326
mark@hopkinslawtexas.com

Respectfully Submitted,

**HOPKINS LAW, PLLC**

By:     */s/ Mark D. Hopkins* _____
Mark D. Hopkins
Texas State Bar No. 00793975
Southern District ID No. 20322
Shelley L. Hopkins
Texas State Bar No. 24036497
Southern District ID No. 926469
3809 Juniper Trace, Suite 101
Austin, Texas 78738
Telephone:  (512)600-4320
Facsimile:  (512) 600-4326
mark@hopkinslawtexas.com.com
shelley@hopkinslawtexas.com

**ATTORNEYS FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

I certify that a copy of foregoing Notice of Appearance has been served on all parties and counsel of record and parties listed via the method indicated below on this the 21st day of March, 2017.

**VIA CM/RRR# 7015 1520 0001 3934 3730**
**VIA REGULAR MAIL**
**AND VIA EMAIL**
D. Patrick Smitherman
1044 W. 25th Street #E
Houston, Texas 77008
dpatricksmitherman@yahoo.com


        */s/ Mark D. Hopkins* _____
        Mark D. Hopkins